**LAW OFFICES OF MARK BORDEN**
A PROFESSIONAL CORPORATION
145 S. WASHINGTON STREET, SUITE C
SONORA. CALIFORNIA  95370
TELEPHONE: (209) 536-9535
TELEPHONE: (562) 438-0553
FACSIMILE: (209) 536-9526
STATE BAR NO: 79444

UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **6:08 mj 00008 WMW** |
| ) | |
| Plaintiff, ) | WAIVER OF DEFENDANT'S PERSONAL |
| ) | PRESENCE [FRCP 43 (c) (2)] |
| vs. ) | |
| ) | |
| REBECCA WHEELER, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

The undersigned defendant, having been advised of her right to be present at all stages of the proceedings, including but not limited to presentation of and arguments on questions of law, and to be confronted by and cross-examine all witnesses, hereby waives the right to be present at the hearing of any motion or other proceeding in this case, including when the case is set for trial, when a continuance is ordered, when a motion to set aside the indictment or complaint pursuant to the provisions of the United States Rules of Criminal Procedure and following is heard, when a motion for reduction of bail or for a personal recognizance release is heard, when a motion to reduce sentence is heard, and when questions of law are presented to or considered by the court. The undersigned defendant hereby requests the court to proceed during every absence of hers which the court may permit pursuant to this waiver, and hereby agrees that her interest will be deemed represented at all times by the presence of her attorney the same as if the defendant herself were personally present in court, and further agrees that notice to her attorney that her

1  presence in court on a particular day at a particular time is required will be deemed notice to her
2  of the requirement of her appearance at said time and place.

4  Dated:   January 22, 2008                         /s/ Rebecca Wheeler
                                                    REBECCA WHEELER
5                                                    Defendant

                                                    Address

                                                    PO Box 2696
                                                    Running Springs, CA  92382

9  Approved:       MSB
10 Dated:   February 1, 2008                        LAW OFFICES OF MARK BORDEN

12                                      By:          /s/ Mark Borden
                                                    MARK BORDEN
13 IT IS SO ORDERED.

14 **Dated:   February 11, 2008**                   **/s/  William M. Wunderlich**
                                                    UNITED STATES MAGISTRATE JUDGE